296 So.2d 730

**In re Ernest F. KOHN**

**v.**

**Lonnie S. KOHN.**

**Ex parte Lonnie S. KOHN.**

**SC 741.**

Supreme Court of Alabama.

June 27, 1974.

Young, Young, & Parks, Anniston, for petitioner.

No brief for respondent.

COLEMAN, Justice.

Petition of Lonnie S. Kohn for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Kohn v. Kohn, 52 Ala.App. 636, 296 So.2d 725.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and FAULKNER, JJ., concur.

288 So.2d 744

**In re James McCART**

**v.**

**Roosevelt DEVINE.**

**Ex parte James McCart.**

**SC 592.**

Supreme Court of Alabama.

Nov. 21, 1973.

Rehearing Denied Jan. 31, 1974.

James M. Prestwood, Andalusia, for petitioner.

No brief for respondent.

MADDOX, Justice.

Petition of James McCart for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in McCart v. Devine, 51 Ala. App. 678, 288 So.2d 739.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.